DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANCISCO VIDANA-SARAVIA,<br><br>                Defendant. | NO. CR-S-10-033-WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: August 9, 2010<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, FRANCISCO VIDANA-SARAVIA, that the status conference hearing date of August 9, 2010 be vacated, and the matter be set for status conference on August 30, 2010 at 8:30 a.m.

    Defense counsel has just received probation's Pre-Plea Presentence Investigation Report and time is needed to review and discuss this report with Mr. Vidana-Saravia.  Additionally, a continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 30, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 4, 2010

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            FRANCISCO VIDANA-SARAVIA

Dated:  August 4, 2010                BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Linda C. Harter for
                                            MICHAEL ANDERSON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 30, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  August 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE