DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br> FRANCISCO VIDANA-SARAVIA,        )<br>                                  )<br>           Defendant.            )<br>_____ ) | NO. CR-S-10-033-WBS<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE STATUS CONFERENCE AND**<br>**TO EXCLUDE TIME**<br><br>Date: September 27, 2010<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, FRANCISCO VIDANA-SARAVIA, that the status conference hearing date of August 30, 2010, be vacated and a new status conference hearing date of **September 27, 2010, at 8:30 a.m.** be set.

   The reason for this continuance is because defense counsel was just assigned to the case and needs additional time to review the pre-plea report and discuss it with Mr. Vidana-Saravia.  In addition, parties need additional time to negotiate a fast-track plea towards resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 27, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 27, 2010

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
Federal Defender

                                          */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

Dated:  August 27, 2010            BENJAMIN WAGNER
United States Attorney

                                          */s/ Matthew C. Bockmon for*
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 27, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE