DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              ) <br>         Plaintiff,   )<br>              )<br>    v.        )<br>              )<br>FRANCISCO VIDANA-SARAVIA  )<br>         Defendant.  )<br>              )<br>_____ )<br>              ) | No. CRS 10-033 WBS<br><br>STIPULATION AND ORDER VACATING<br>DATE, RESETTING BRIEFING<br>SCHEDULE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  October 18, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Judge Shubb |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Vidana-Saravia, that the status conference scheduled for September 27, 2010, be vacated and the matter be continued to this Court's criminal calendar on October 18, 2010, at 8:30 a.m, for status and possible change of plea.

    This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution regarding reaching a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 18, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Sept. 21, 2010          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               FRANCISCO VIDANA-SARAVIA

Dated: Sept. 21, 2010          /S/ Michelle Beckwith
                               MICHELE BECKWITH
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  September 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2