DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 10-033 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| FRANCISCO VIDANA-SARAVIA ) | |
| Defendant. ) | |
| ) | Date:  November 8, 2010 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Honorable Judge Shubb |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Vidana-Saravia, that the status conference scheduled for October 18, 2010, be vacated and the matter be continued to this Court's criminal calendar on November 8, 2010, at 8:30 a.m, for status and possible change of plea.

    This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution regarding reaching a plea agreement.

1     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.
7      The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the October 18, 2010 date, and that all
9  counsel have  authorized Ms. Santos to sign this stipulation on their
10 behalf.
11    **IT IS SO STIPULATED.**
12
13 Dated: Oct. 14, 2010                /S/ Dina L. Santos
                                       DINA L. SANTOS
14                                     Attorney for Defendant
                                       FRANCISCO VIDANA-SARAVIA
15
16 Dated: Oct. 14, 2010                /S/ Michelle Beckwith
                                       MICHELE BECKWITH
17                                     Assistant United States Attorney
                                       Attorney for Plaintiff
18
19
20
21
22                              **O R D E R**
23    **IT IS SO ORDERED.**
24            By the Court,
25 Dated: October 14, 2010
26                           _____
27                           WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE
28

Stipulation and Order                2