DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
FRANCISCO VIDANA-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 10-033 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| FRANCISCO VIDANA-SARAVIA ) | |
| Defendant. ) | |
| ) | Date:  November 22, 2010 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Honorable Judge Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Vidana-Saravia, that the status conference scheduled for November 8, 2010, be vacated and the matter be continued to this Court's criminal calendar on November 22, 2010, at 8:30 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution regarding reaching a plea agreement.

Case 2:10-cr-00033-EJG   Document 25   Filed 11/09/10   Page 2 of 2

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 18, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: November 3, 2010         /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                FRANCISCO VIDANA-SARAVIA

Dated: November 3, 2010         /S/ Michelle Beckwith
                                MICHELE BECKWITH
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: November 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2