1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO VIDANA-SARAVIA
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      ) No. CRS 10-033 EJG
12                                )
              Plaintiff,          )
13                                ) STIPULATION AND ORDER VACATING
        v.                        ) DATE, CONTINUING CASE, AND
14                                ) EXCLUDING TIME
   FRANCISCO VIDANA-SARAVIA       )
15            Defendant.          )
                                  ) Date:  December 10, 2010
16 _____) Time:  9:00 a.m.
                                  ) Judge: Honorable Judge Garcia
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney
19
   Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel
20
   for Defendant Francisco Vidana-Saravia, that the status conference scheduled
21
   for November 22, 2010, be vacated and the matter be continued to this Court's
22
   criminal calendar on December 10, 2010, at 10:00 a.m, for status and possible
23
   change of plea.
24
        This continuance is requested by the defense in order to permit
25
   further client consultation, investigation and further negotiations
26
   with the prosecution regarding reaching a plea agreement.
27

28

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 10, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: November 16, 2010        /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                FRANCISCO VIDANA-SARAVIA

Dated: November 16, 2010        /S/ Michelle Beckwith
                                MICHELE BECKWITH
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: November 16, 2010        /s/ Edward J. Garcia
                                Hon. Edward J. Garcia
                                United States District Judge

Stipulation and Order                    2