1   DINA L. SANTOS, Bar #204200
    A Professional Law Corp.
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    FRANCISCO VIDANA-SARAVIA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
    UNITED STATES OF AMERICA,      ) No. CRS 10-033 WBS
12                                 )
                     Plaintiff,    )
13                                 ) STIPULATION AND ORDER VACATING
         v.                        ) DATE, CONTINUING CASE, AND
14                                 ) EXCLUDING TIME
    FRANCISCO VIDANA-SARAVIA       )
15                   Defendant.    )
                                   ) Date:  January 7, 2011
16   _____) Time:  10:00 a.m.
                                   ) Judge: Honorable Judge Garcia
17

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney
19
    Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel
20
    for Defendant Francisco Vidana-Saravia, that the status conference scheduled
21
    for December 10, 2010, be vacated and the matter be continued to this Court's
22
    criminal calendar on January 7, 2011, at 10:00 a.m, for status and possible
23
    change of plea.
24
         This continuance is requested by the defense in order to permit
25
    further client consultation, investigation and further negotiations
26
    with the prosecution regarding reaching a plea agreement.
27

28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4  ends of justice served in granting the continuance and allowing the

5  defendant further time to prepare outweigh the best interests of the

6  public and the defendant in a speedy trial.

7        The Court is advised that all counsel have conferred about this

8  request, that they have agreed to the January 7, 2011 date, and that all

9  counsel have  authorized Ms. Santos to sign this stipulation on their

10 behalf.

11   **IT IS SO STIPULATED.**

12

13 Dated: December 3, 2010          /S/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for Defendant
                                    FRANCISCO VIDANA-SARAVIA
15

16 Dated: December 3, 2010          /S/ Michelle Beckwith
                                    MICHELE BECKWITH
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff
18

19

20

21

22                         **O R D E R**

23   **IT IS SO ORDERED.**

24        By the Court,

25 Dated: December  6, 2010          /s/ Edward J. Garcia
26                                  Hon. Edward J. Garcia
                                    United States District Judge
27

28

Stipulation and Order            2